UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER ALLEN CAPER,

    Movant,

                                                            Case No. 1:15-CV-1257

v.

                                                            HON. PAUL L. MALONEY

UNITED STATES OF AMERICA,

    Respondent.

_____/

## **JUDGMENT**

    In accordance with the order entered on this date:

    **IT IS ORDERED** that **JUDGMENT** is entered in favor of Respondent because Movant's claim is without merit.

Dated: March 13, 2017                            /s/ Paul L. Maloney
                                                                  PAUL L. MALONEY
                                                                  UNITED STATES DISTRICT JUDGE